UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

**Winifred Rippy,**

                    Debtors.
_____/

**Winifred Rippy,**

                    Plaintiff,

v.

**Duetsche Bank National Trust Company, As Trustee for the Registered Holders of GSAMP Trust 2006-S5, Mortgage Pass-Through Certificates, Series 2006-S5,**

                    Defendant,

And

**Ocwen Loan Servicing, LLC,**

                    Defendant.
_____/

CASE NO. **15-41131 wsd**
Chapter **13**
Judge: **Walter Shapero**

Adv Proc. No.: **15-05096 wsd**

## CERTIFICATE OF SERVICE

**Crystal L. Nims,** certifies that on the 10th day of November, 2015 she served a copy of Summons and Complaint to Avoid Security Interest in Real Property and this Certificate of Service upon the following by certified mail return receipt:

John M. Cryan, CEO
Duetsche Bank National Trust Company
300 South Grand Avenue
41st Floor
Los Angeles, CA 90071

                    /s/ Crystal L. Nims
                    Crystal L. Nims
                    For Scott F. Smith (P28472)
                    Smith Law Group, PLLC
                    30833 Northwestern Hwy., Ste. 200
                    Farmington Hills, MI. 48334
                    ssmith3352@aol.com